862

No. 256. IN RE ESTATE OF HURST. Supreme Court of Pennsylvania. Certiorari denied. *Robert M. Taylor* for petitioner Alker. *J. Pennington Straus* for residuary legatees, and *Ralph S. Snyder,* Deputy Attorney General of Pennsylvania, for the Commonwealth of Pennsylvania, in opposition.

No. 276. NORTHERN CALIFORNIA PHARMACEUTICAL ASSOCIATION ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Arthur B. Hanson* and *Emmett E. Tucker, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States.

No. 292. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* OVERNITE TRANSPORTATION Co. Supreme Court of North Carolina. Certiorari denied. *David Previant, Herbert S. Thatcher, Edwin Pearce* and *Edward Bennett Williams* for petitioner. *Whiteford S. Blakeney* for respondent.

No. 296. REILING *v.* HAMMERSTEN. Supreme Court of Minnesota. Certiorari denied. *T. Eugene Thompson* for petitioner.

No. 298. LAND, EXECUTOR, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John E. Adams* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *Arthur I. Gould* for the United States.